# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Ralls Corporation

v.

Comm. on Foreign Investment in the U.S.

**Case No:** 13-5315

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(●) Appellant(s)/Petitioner(s)   ( ) Appellee(s)/Respondent(s)   ( ) Intervenor(s)   ( ) Amicus Curiae

Ralls Corporation

Names of Parties

Names of Parties

### Counsel Information

**Lead Counsel:** Paul D. Clement

**Direct Phone:** (202) 416-0260  **Fax:** (202) 234-2806  **Email:** pclement@bancroftpllc.com

**2nd Counsel:** Viet D. Dinh

**Direct Phone:** (202) 448-6164  **Fax:** (202) 234-2806  **Email:** vdinh@bancroftpllc.com

**3rd Counsel:** H. Christopher Bartolomucci

**Direct Phone:** (202) 416-0257  **Fax:** (202) 234-2806  **Email:** cbartolomucci@bancroftpllc.com

**Firm Name:** Bancroft PLLC

**Firm Address:** 1919 M St. NW, Ste. 470, Washington, DC 20036

**Firm Phone:** (202) 234-0090  **Fax:** (202) 234-2806  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

**Entry of Appearance (cont.)**

The following counsel should also be entered as counsel for appellant Ralls Corporation in *Ralls Corporation v. Committee on Foreign Investment in the United States*, No. 13-5315:

George W. Hicks, Jr.
Direct phone:  202-416-0264
Fax:  202-234-2806
Email:  ghicks@bancroftpllc.com
Firm:  Bancroft PLLC
Firm address:  1919 M Street NW, Ste. 470, Washington, DC 20036
Firm phone:  202-234-0090
Firm fax:  202-234-2806

Tingkang Xia
Direct phone:  404-495-3678
Fax:  404-365-9532
Email:  txia@mmmlaw.com
Firm:  Morris, Manning & Martin, L.L.P.
Firm address:  1600 Atlanta Financial Center, 3343 Peachtree Road, NE, Atlanta, GA 30326
Firm phone:  404-233-7000
Firm fax:  404-365-9532

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.

                                                s/Paul D. Clement
                                                PAUL D. CLEMENT
                                                BANCROFT PLLC
                                                1919 M Street NW
                                                Suite 470
                                                Washington, DC 20036
                                                (202) 234-0090
                                                pclement@bancroftpllc.com