No. 13-5315

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

RALLS CORPORATION,

*Plaintiff-Appellant*,

v.

COMMITTEE ON FOREIGN INVESTMENT IN THE UNITED STATES, ET AL.,

*Defendants-Appellees*.

_____

On Appeal from the United States District Court
for the District of Columbia
Case No. 1:12-cv-1513-ABJ (Hon. Amy Berman Jackson)

_____

## STATEMENT OF ISSUES TO BE RAISED
_____

Appellant Ralls Corporation (Ralls) intends to raise the following issues on appeal:

1.  Whether the September 28, 2012 order of President Barack Obama, which invoked Section 721 of the Defense Production Act of 1950, 50 U.S.C. app. § 2170, to prohibit Ralls's purchase of four Oregon companies and impose other restrictions on Ralls's protected property and liberty interests, violates Ralls's right to due process as guaranteed by the Fifth Amendment to the United States Constitution.

2.  Whether the issuance of the President's September 28, 2012 order

rendered moot Ralls's constitutional and statutory challenges to the August 2, 2012 order of the Committee on Foreign Investment in the United States (CFIUS).

3. Whether CFIUS's August 2, 2012 order, which *inter alia* barred Ralls from accessing, using, and developing its property in Oregon, required Ralls to demolish and remove all items from the property, and prohibited Ralls from selling or transferring the four Oregon companies without CFIUS approval, violates Ralls's Fifth Amendment rights and the Administrative Procedure Act.

Ralls hereby reserves all of its rights with respect to the issues it may decide to raise on appeal.

                                    Respectfully submitted,

                                    s/Paul D. Clement
                                    PAUL D. CLEMENT
                                    BANCROFT PLLC
                                    1919 M Street NW
                                    Suite 470
                                    Washington, DC 20036
                                    (202) 234-0090
                                    pclement@bancroftpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.

s/Paul D. Clement
PAUL D. CLEMENT
BANCROFT PLLC
1919 M Street NW
Suite 470
Washington, DC 20036
(202) 234-0090
pclement@bancroftpllc.com
